UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

SETH CO., INC.,
    Plaintiff,

v.

UNITED STATES OF AMERICA
(COMMISSIONER OF THE INTERNAL
REVENUE SERVICE),
    Defendant.

Case No. 3:01-CV-1584 (PCD)

FILED
Oct 28  11 34 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CT

**SUPPLEMENT TO UNITED STATES' TRIAL MEMORANDUM SECTIONS B and C**

The United States' Trial Memorandum Section B was served on counsel for the plaintiff on September 18, 2002, and its Trial Memorandum Section C was filed on September 25, 2002. During the past year, theories regarding the action have evolved and new facts and documents relevant to the action have emerged, necessitating the following brief supplement to the United States' Trial Memorandum Sections B and C.

### Supplement to Trial Memorandum Section B

**B1.  Additional/Withdrawal claims of fact proposed for stipulation as undisputed.**

1. The United States' Trial Memorandum Section B1 in <u>DDC Limited Partnership v. United States</u> includes claims of fact proposed for stipulation as undisputed which are relevant to the issue of whether Seth Co., Inc. is a nominee, alter ego or transferee of Gary Pierce. Those claims of fact proposed for stipulation as undisputed are incorporated herein by reference.

2. The United States withdraws paragraph 89 from its Trial Memorandum Section B1

**B2.  Additional proposed findings of fact, with a specification of each witness, document, pleading, and/or tangible physical evidence on which such finding could be premised. Such proposed findings, with the claims of fact (1 above), shall constitute the proof on which the claims of relief are premised.**

1. The United States' Trial Memorandum Section B2 in <u>DDC Limited Partnership v. United States</u> includes proposed findings of fact which are relevant to the issue of whether Seth Co., Inc. is a nominee, alter ego or transferee of Gary Pierce. Those proposed findings of

      fact are incorporated herein by reference.

2.     Between 1992 through 2000, the sum of Gary Pierce's debts was greater than the sum of his assets. [The United States will rely upon the evidence listed in Paragraph B2-17 of the United States' Trial Memorandum Section B in <u>DDC Limited Partnership</u>, which states, "From 1992 through 1999, the sum of Gary Pierce's debts was greater than the sum of his assets."]

**B3. Additional claims of law, with the authority on which each claim is premised and organized as they relate to each theory on which relief is sought.**

1.     Gary Pierce's transfers of assets to Seth Co., Inc., via MCU Financial Corporation, DDC Limited Partnership, and CDW, Inc., were fraudulent as to the United States because the United States' claim against Gary Pierce for income tax liabilities arose before the transfers, Gary Pierce did not receive a reasonably equivalent value in exchange for the transfers and Gary Pierce was insolvent at the time of the transfers. <u>See</u> CONN. GEN. STAT. ANN. §§ 52-552f(a).

2.     Gary Pierce's transfers of assets to Seth Co., Inc., via MCU Financial Corporation, DDC Limited Partnership, and CDW, Inc., were fraudulent as to the United States because the United States' claim arose before the transfers and the transfers were made with the actual intent to hinder, delay or defraud a creditor of Gary Pierce. <u>See</u> CONN. GEN. STAT. ANN. §§ 52-552e(a).

3.     Gary Pierce's transfers of assets to Seth Co., Inc., via MCU Financial Corporation, DDC Limited Partnership, and CDW, Inc., were fraudulent as to his debt to the United States. <u>See</u> Federal Debt Collection Act, Fraudulent Transfers Involving Debts, 28 U.S.C. § 3301, *et seq.*

**B4. Additional proposed exhibits, including deposition transcripts, with a listing of those pages of each transcript to be offered and on which the proposed findings of fact, if any, are premised.**

1.     The United States' Trial Memorandum Section B in <u>DDC Limited Partnership v. United States</u> includes proposed exhibits which are relevant to the issue of whether Seth Co., Inc. is a nominee, alter ego or transferee of Gary Pierce. Those proposed exhibits are incorporated herein by reference.

2.     Peter Wells was listed as a witness in Trial Memorandum Section B5 in Seth Co., Inc. v. United States. Counsel for the United States recently learned that he is working in Florida from October through May. The United States will, therefore, offer excerpts from his deposition testimony in <u>Seth Co., Inc. v. United States</u>. The following pages from the Deposition of Peter Wells, July 1, 2002, will be offered into evidence: 1-17; 25-28; 34-38.

3.  Notices of Liens and Levies naming Seth Co., Inc. as nominee/alter-ego/transferee of Gary Pierce.

## Supplement to Trial Memorandum Section C

### Face Sheet

1.  Attorneys for the United States: Bonni Perlin should be substituted for Glenn Melcher:

>   Bonni Perlin
>   U.S. Department of Justice
>   Tax Division
>   P.O. Box 55
>   Washington, D.C. 20044-0055
>   Telephone: (202) 307-0834

>   Respectfully submitted,
>
>   KEVIN J. O'CONNOR
>   United States Attorney
>
>   *[signature]*
>   KAREN WOZNIAK (CT20966)
>   Trial Attorney, Tax Division
>   U.S. Department of Justice
>   P.O. Box 55
>   Washington, D.C. 20044-0055
>   Telephone: (202)307-1927

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT service of the foregoing Supplement to United States' Trial Memorandum Sections B & C was made this 27th day of October, 2003, upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Kerry Marc Wisser, Esq.
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107

                                                    Karen Wozniak (CT20966)