UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Oct 31   10 13 AM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| SETH CO., INC.,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br>(COMMISSIONER OF THE INTERNAL<br>REVENUE SERVICE),<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:01-CV-1584 (PCD) |
| DDC LIMITED PARTNERSHIP,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br>(COMMISSIONER OF INTERNAL<br>REVENUE SERVICE),<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:02-CV-01049 (PCD) |

<u>UNITED STATES' REQUEST FOR PERMISSION TO ALLOW IRS ATTORNEY JOHN
ALETTA TO SIT AT THE UNITED STATES' COUNSEL'S TABLE AT TRIAL</u>

The United States respectfully requests permission of the Court to allow John Aletta,

Attorney with the Small Business/Self-Employed Division Counsel of the Office of Chief

Counsel, Internal Revenue Service, to sit at the United States' counsel's table at the consolidated

trial for the above-captioned cases. Attorney Aletta is assigned to these cases at the Internal

Revenue Service, and is responsible for advising the Department of Justice counsel with respect to the issues involved in these cases.

           KEVIN J. O'CONNOR
           United States Attorney

           *Karen Wozniak*
           KAREN WOZNIAK (CT20966)
           Trial Attorney, Tax Division
           U.S. Department of Justice
           P.O. Box 55
           Washington, D.C. 20044-0055
           Telephone: (202)307-1927

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT service of the foregoing United States' Request for Permission to Allow IRS Attorney John Aletta to Sit at the United States' Counsel's Table at Trial was made this 30th day of October, 2003, upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Richard P. Weinstein, Esq.
Marc Kerry Wisser, Esq.
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT  06107

Karen Wozniak (CT20966)