UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 31　10 13 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| SETH CO., INC.,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br>(COMMISSIONER OF THE INTERNAL<br>REVENUE SERVICE),<br>    Defendant. | Case No. 3:01-CV-1584 (PCD) |
| DDC LIMITED PARTNERSHIP,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br>(COMMISSIONER OF INTERNAL<br>REVENUE SERVICE),<br><br>    Defendant. | Case No. 3:02-CV-01049 (PCD) |

## NOTICE OF APPEARANCE

Please enter the appearance of Bonni J. Perlin, Trial Attorney, Tax Division, U.S. Department of Justice, Post Office Box 55, Ben Franklin Station, Washington, D.C., 20044, as

co-counsel for the United States in the above-captioned cases.

                                                KEVIN J. O'CONNOR
                                                United States Attorney

                                                BONNI J. PERLIN (CT25309)
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                P.O. Box 55
                                                Washington, D.C.  20044-0055
                                                Telephone: (202) 307-0834

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT service of the foregoing Notice of Appearance was made this 30 day of October, 2003, upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Richard P. Weinstein, Esq.
Kerry Marc Wisser, Esq.
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107

Bonni J. Perlin (CT25309)