UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Oct 31 [illegible] '03

| | | |
|---|---|---|
| SETH CO., INC.,<br>Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | Case No. 3:01-CV-1584 (PCD) |
| UNITED STATES OF AMERICA<br>(COMMISSIONER OF THE INTERNAL<br>REVENUE SERVICE),<br>Defendant. | )<br>)<br>)<br>)<br>) | |
| DDC LIMITED PARTNERSHIP,<br>Plaintiff, | )<br>)<br>) | |
| vs. | )<br>) | Case No. 3:02-CV-01049 (PCD) |
| UNITED STATES OF AMERICA<br>(COMMISSIONER OF INTERNAL<br>REVENUE SERVICE),<br>Defendant. | )<br>)<br>)<br>)<br>) | |

## UNITED STATES' REQUEST FOR PERMISSION TO ALLOW IRS ATTORNEY JOHN ALETTA TO SIT AT THE UNITED STATES' COUNSEL'S TABLE AT TRIAL

The United States respectfully requests permission of the Court to allow John Aletta, Attorney with the Small Business/Self-Employed Division Counsel of the Office of Chief Counsel, Internal Revenue Service, to sit at the United States' counsel's table at the consolidated trial for the above-captioned cases. Attorney Aletta is assigned to these cases at the Internal

GRANTED. SO ORDERED
Peter C. Dorsey, U.S. District Judge
11/5/03