**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SETH CO., INC., | ) CIVIL ACTION NO. |
| Plaintiff, | ) 3:01CV01584 (PCD) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA | ) |
| (COMMISSIONER OF THE INTERNAL | ) |
| REVENUE SERVICE), | ) |
| Defendant. | ) |

**STIPULATION FOR VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties in the above-entitled matter hereby stipulate to the voluntarily dismissal of the instant case in accordance with the terms set forth in the Settlement Agreement executed between the parties. The parties reserve the right to move to reinstate this action in the event that the conditions precedent set forth in the Settlement Agreement requiring the dismissal of a related bankruptcy action and a lack of appeal of the dismissal are not achieved, or to enforce the terms of the settlement if either respective party is in breach of the same.

In the event that the Bankruptcy Court does not dismiss the aforesaid related action or a notice of appeal of the Bankruptcy Court's dismissal is filed within ten days of the date of the order of dismissal, then the parties will seek reinstatement for the purposes of disposing of the instant case on its merits.

Respectfully Submitted,

PLAINTIFF,
SETH CO., INC.

By _____
Kerry M. Wisser, Esquire of
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
Telephone No. (860) 561-2628
Facsimile No. (860) 521-6150
Federal Bar No. ct01205


DEFENDANT,
UNITED STATES OF AMERICA


By _____
Karen Wozniak, Esquire
Trial Attorney, Tax Division
U.S. Department of Justice
Civil Trial Section, Northern Region
P.O. Box 55, Ben Franklin Station
Washington, DC 20044-0055
Telephone No. (202) 307-1927
Facsimile No. (202) 514-5238
Federal Bar No. CT20966

## CERTIFICATION

This is to certify that on the ___2nd___ day of February, 2004, a copy of the foregoing was served upon:

>Karen Wozniak, Esquire
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Civil Trial Section, Northern Region
>P.O. Box 55, Ben Franklin Station
>Washington, DC 20044-0055

_____
Kerry M. Wisser

W\CLIENTS\SETH CO\DISMISSAL\PAB

- 3 -